# Court of Appeals
# of the State of Georgia

ATLANTA, January 11, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0555. ELAVON, INC. v. DAVID VERA d/b/a QC MASSAGE THERAPY et al.

Elavon, Inc. filed this direct appeal seeking review of the trial court's denial of its motion for summary judgment and grant of David Vera's motion to dismiss Elavon's complaint. However, the order Elavon seeks to appeal was not a final judgment as the case remains pending in the trial court. Appeals of non-final judgments must be by application for interlocutory appeal in accordance with OCGA § 5-6-34 (b). Elavon's application for interlocutory appeal challenging the same order was denied by this Court on September 18, 2017. Because this Court lacks jurisdiction to consider this appeal as this case is still pending below, it is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/11/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*